FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 01, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PHAT N STICKY, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>TOP SHELF LED, INC.,<br><br>    Defendant. | No. 2:22-CV-00071-SAB<br><br>**ORDER DISMISSING DEFENDANT'S MOTION TO DISMISS AS MOOT** |

      In the Court's June 9, 2022 Order, ECF No. 16, the Court gave Plaintiff the option to submit an amended complaint in response to Defendant's Motion to Dismiss, ECF No. 5. In the Order, the Court stated "If Plaintiff timely files an amended complaint, the Court will dismiss Defendant's Motion to Dismiss as moot."

      Plaintiff has now submitted a timely Amended Complaint. ECF No. 17. Thus, the Court dismisses Defendant's motion as moot.

//
//
//
//
//

**ORDER DISMISSING DEFENDANT'S MOTION TO DISMISS AS MOOT**
# 1

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion to Dismiss, ECF No. 5, is **DISMISSED as moot**.

2. Defendant shall file its Answer within **twenty-one (21) days** of the filing of Plaintiff's First Amended Complaint.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order and provide copies to counsel.

**DATED** this 1st day of July 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING DEFENDANT'S MOTION TO DISMISS AS MOOT # 2**