# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

PHAT N STICKY, LLC,

*Plaintiff*

v.

TOP SHELF LED, INC.,

*Defendant*

Civil Action No. 2:22-CV-00071-SAB

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 18, 2022

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Defendant Top Shelf LED Inc.'s CR 12(b)(6) Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim (ECF No. 19) is GRANTED. Plaintiff's Amended Complaint is DISMISSED.
Plaintiff's Motion for Sanctions (ECF No. 20) is DENIED.
Judgment is entered in favor of Defendant against Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    Stanley A. Bastian    .

Date: 11/18/2022

CLERK OF COURT

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates